1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8
9          NORTHERN DISTRICT OF CALIFORNIA
10
11   SCOTT JOHNSON,                    **Case: No.:** 3:16-CV-04028-JST
12              Plaintiff,
13   v.                                **[proposed] ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE**
14   CANYON      CHIROPRACTIC,    a
15   California Corporation; and Does 1-10,
16
17              Defendants.
18
19
20   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:
21
22      1.  The deadline to hold a joint site inspection of the premises shall be
            extended to and including April 13, 2017.
23
24      2.  All other dates that are calculated based on the inspection date will
            be adjusted accordingly.
25
26
27
28

ORDER Granting Joint Stip                Case No.: 3:16-CV-04028-JST

1

2   IT IS SO ORDERED.

3

4   Dated: March 29, 2017

5                                   HONORABLE JON S. TIGAR

6                                   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER Granting Joint Stip                Case No.: 3:16-CV-04028-JST