UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> CANYON CHIROPRACTIC, a California Corporation; and Does 1-10, <br><br> Defendants. | **Case: No:** 3:16-CV-04028-JST <br><br> [proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline for the mediation shall be extended to and including January 11, 2018
2. All other dates that are calculated based on the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: October 17, 2017  _____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1

ORDER Granting Joint Stipulation            Case No.: 3:16-CV-04028-JST