# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CANYON CHIROPRACTIC, a California Corporation; and Does 1-10,<br><br>Defendants. | **Case: No:** 3:16-CV-04028-JST<br><br>[proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline for the mediation shall be extended to and including February 10, 2018.
2. All other dates that are calculated based on the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: January 18, 2018

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE