UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CANYON CHIROPRACTIC, a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | **Case: No.:** 3:16-CV-04028-JST<br><br>[proposed] **ORDER GRANTING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT** |

IT IS HEREBY ORDERED THAT:
1. PLAINTIFFS and DEFENDANTS stipulation to file a First Amended Complaint is GRANTED.
2. ~~EXHIBIT 1 filed with the Stipulation to File a FAC hereby operates as the First Amended Complaint.~~ The Plaintiff shall file his First Amended Complaint on the Court's docket no later than February 1, 2018 by 5:00 PM.
3. DEFENDANT CANYON CHIROPRACTIC'S Answer to the original Complaint is operative as to the First Amended Complaint.

///

///

///

1

4. Service of the First Amended Complaint is deemed effectuated upon DEFENDANT CANYON CHIROPRACTIC.
5. DEFENDANT CANYON CHIROPRACTIC'S Answer to the First Amended Complaint upon Plaintiff is deemed effectuated.

IT IS SO ORDERED.

Dated: January 31, 2018   _____
　　　　　　　　　　　　　　HON. JON S. TIGAR
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar