# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CANYON CHIROPRACTIC, a California Corporation; and Does 1-10,<br><br>Defendants. | **Case: No:** 3:16-CV-04028-JST<br><br>[proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline for the mediation shall be extended to and including  June 1, 2018 .
2. All other dates that are calculated based on the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: February 13, 2018

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1